AARON D. FORD
  Attorney General
TAYLOR M. L. RIVICH (Bar No. 15991)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: trivich@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections (NDOC)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON MCCAIN<br><br>  Plaintiff,<br><br>v.<br><br>MEDICAL DOCTORS HDSP., *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-01098-JAD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 1, 17 |

Plaintiff, Aaron McCain, *pro se*, and Interested Party, Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Taylor M. L. Rivich, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 3rd day of February 2023.

|  |  |
|---|---|
| By: /s/ *Aaron Mc*<br>   AARON MCCAIN<br>   Plaintiff | AARON D. FORD<br>Attorney General<br><br>By: /s/ Taylor M. L. Rivich<br>   TAYLOR M. L. RIVICH (Bar #15991)<br>   Deputy Attorney General<br>   *Attorneys for Defendant* |

Based on the parties' stipulation [ECF No. 17] and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The application to proceed ifp [ECF No. 1] is DENIED as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 7, 2023